UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| ANTWANE MATTHEWS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | )   No. 20-1081-JDT-cgc |
| | ) |
| CORECIVIC, ET AL., | ) |
| | ) |
| Defendants. | ) |

ORDER DISMISSING CASE,
CERTIFYING AN APPEAL WOULD NOT BE TAKEN IN GOOD FAITH
AND DENYING LEAVE TO APPEAL *IN FORMA PAUPERIS*

On March 11, 2021, the Court issued an order dismissing Plaintiff Antwane Matthews's *pro se* complaint and granting leave to file an amended complaint. (ECF No. 6.) Matthews was warned that if he failed to file an amended complaint within twenty-one days, the Court would dismiss the case in its entirety, assess a strike pursuant to 28 U.S.C. § 1915(g), and enter judgment. (*Id.* at PageID 43-44.)

Matthews has not filed an amended complaint, and the time within which to do so has expired. Therefore, this case is DISMISSED with prejudice in its entirety, and judgment will be entered in accordance with the March 11, 2021, order dismissing the original complaint for failure to state a claim on which relief may be granted. Matthews is assessed his first strike under § 1915(g). This strike shall take effect when judgment is entered. *See Coleman v. Tollefson*, 135 S. Ct. 1759, 1763-64 (2015).

The same considerations that led the Court to dismiss the complaint for failure to state a claim also compel the conclusion that an appeal would not be taken in good faith. Accordingly, it is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3) and Federal Rule of Appellate Procedure 24(a), that any appeal in this case by Matthews would not be taken in good faith.  Leave to appeal *in forma pauperis* is DENIED.

The Clerk is directed to prepare a judgment.

IT IS SO ORDERED.

    s/ **James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE